# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL J. NEWLIN, P.A.,**

    **Plaintiff,**

**v.**                                                            **Case No: 6:19-cv-432-Orl-40LRH**

**ELOCAL USA, LLC, TUCKER LAW,
P.A. and MATTHEW S. TUCKER,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS, TUCKER LAW, P.A. AND MATTHEW S. TUCKER'S, MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR MORE DEFINITIVE STATEMENT (Doc. 11)**
>
> **FILED:**      **March 14, 2019**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On March 14, 2019, the Plaintiff filed a motion seeking an extension of time to respond to the pending motion to dismiss (Doc. 8). (Doc. 11). In support, the Plaintiff states that it needs additional time to respond to the motion to dismiss "[d]ue to a preplanned vacation and other professional commitments[.]" (*Id*. at 1). For these reasons, the Plaintiff requests a thirteen-day extension of time to respond to the motion to dismiss. (*Id*. at 2). The Motion is unopposed. (*Id*.).

- 2 -

The personal schedule of counsel is generally not good cause to extend deadlines. This is particularly true when a party, like the Plaintiff, is represented by more than one attorney. That said and considering the lack of opposition, the Court, in this instance, will grant the requested extension of time.

Accordingly, it is **ORDERED** that:

1. The Motion (Doc. 11) is **GRANTED**.

2. **On or before April 5, 2019,** the Plaintiff shall file its response to the motion to dismiss (Doc. 8).

3. **Absent exceptional circumstances, no further extensions of time will be granted**.

**DONE** and **ORDERED** in Orlando, Florida on March 15, 2019.

_____

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties